UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-2488 |
| Subscriber 89133, | § § | |
| Defendant. | § § | |

## Order to Reply

By February 25, 2019, Malibu Media, LLC, may reply to Subscriber 89133's motion to dismiss.

Signed on February 11, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge