| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2019
David J. Bradley, Clerk

Malibu Media, LLC, §
§
    Plaintiff, §
§
versus §    Civil Action H-18-2488
§
Carlo Poropat, §
§
    Defendant. §

## Management Order

1. The motions to strike Carlo Poropat's answer and affirmative defenses are denied. (27) (28)

2. The motion to dismiss is denied. (31)

3. The parties must talk.

4. By July 1, 2019, the parties must jointly report the status of this case and the next steps to advance this litigation.

Signed on June 14, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge